Wilbert Hatcher FREELAND, Individually; Christine Evadney Freeland, Individually; Massieka Holness, Individually, daughter of Christine E. Freeland and stepdaughter of Wilbert H. Freeland; Dejourne Freeland, a minor by Wilbert Hatcher Freeland, Christine Evadney Freeland, her father and mother; Monica Ffrench, Individually, mother of Christine E. Freeland, grandmother of Massieka H. Holness and Dejourne Freeland, mother in law of Wilbert H. Freeland, Plaintiffs–Appellants,

v.

Francis B. CHILDRESS, Trooper First Class, Individually and as a State Police, Bureau of Drug and Criminal Enforcement, Westminster Barracks, Defendant–Appellee,

and

Maryland State Police; Office of the Mayor and Town Council; Superintendent, of the Maryland State Police, Defendants.

No. 01–2407.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2002.

Decided April 8, 2002.

Wilbert Hatcher Freeland, Christine Evadney Freeland, Massieka Holness, Dejourne Freeland, Monica Ffrench, Appellants Pro Se. Mark Holdsworth Bowen, Assistant Attorney General, Pikesville, Maryland, for Appellee.

Before LUTTIG and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Appellants appeal the district court's order denying relief on their 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Freeland v. Childress*, No. CA–99–3552–WMN (D.Md. Oct. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*